No. 69. MILLS W. BARSE *v.* GEORGE W. SAUL. Error to the Supreme Court of the State of New York. Argued

November 20, 1918.   Decided November 25, 1918.   *Per Curiam.*   Dismissed for want of jurisdiction upon the authority of (1) *Stewart* v. *Kansas City,* 239 U. S. 14; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300; *Bilby* v. *Stewart,* 246 U. S. 255, 257.   (2) *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225; *Goodrich* v. *Ferris,* 214 U. S. 71: *Brolan* v. *United States,* 236 U. S. 216.   *Mr. Louis Marshall,* with whom *Mr. Max J. Kohler* was on the briefs, for plaintiff in error.   *Mr. Frank Parker Ufford* for defendant in error.